AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

Northern DISTRICT OF Mississippi

UNITED STATES OF AMERICA
V.
Neal Thomas

**CRIMINAL COMPLAINT**

Case Number: 3:08mg 48-SAA

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about 6/20/2008 (Date) in DeSoto County, in the Northern District of Mississippi defendant(s) did,

*(Track Statutory Language of Offense)*

knowingly and willfully make a threat to take the life of and inflict bodily to the President of the United States,

in violation of Title 18 United States Code, Section(s) 871.

I further state that I am a(n) Special Agent, U.S. Secret Service, (Official Title) and that this complaint is based on the following facts:

see attached affidavit

Continued on the attached sheet and made a part of this complaint: ☑ Yes ☐ No

_____
Signature of Complainant

William Jordon
Printed Name of Complainant

Sworn to before me and signed in my presence,

9/3/2008     at     Oxford, Mississippi
Date                         City             State

S. Allan Alexander     U.S. Mag. Judge
Name of Judge            Title of Judge

_____
Signature of Judge